UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA GAS TRANSMISSION COMPANY, LLC,**

Plaintiff,

-vs-   Case No. 6:10-cv-1266-Orl-18DAB

**2.324 ACRES OF LAND (MORE OR LESS) LOCATED IN ORANGE COUNTY, FLORIDA, ORANGE COUNTY, COOPER-ATHA-BARR CO. a/k/a is a dissolved Florida corporation also known as The Cooper-Atha-Bar Real Estate and Mortgage Company, ET AL,**

Defendants.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Motion for Default Judgment Against Certain Defendants (Doc. No. 109). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **DENIED without prejudice** to reassertion at the conclusion of the suit.

It is **SO ORDERED** in Orlando, Florida, this _____ day of January, 2011.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record