UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA GAS TRANSMISSION
COMPANY, LLC,

        Plaintiff,

-vs-                         Case No. 6:10-cv-1266-Orl-18DAB

2.324 ACRES OF LAND (MORE OR LESS)
LOCATED IN ORANGE COUNTY,
FLORIDA, ORANGE COUNTY, COOPER-
ATHA-BARR CO. a/k/a is a dissolved
Florida corporation also known as The
Cooper-Atha-Bar Real Estate and Mortgage
Company, ET AL,

        Defendants.

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| MOTION: | AMENDED MOTION FOR DEFAULT JUDGMENT AGAINST NUMEROUS DEFENDANTS (Doc. No. 116) |
| FILED: | February 25, 2011 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

Plaintiff has filed a Complaint for Eminent Domain pursuant to the Natural Gas Act (15 U.S.C. § 717 et seq.). As part of its Complaint, Plaintiff identified numerous parties as interested or potentially interested parties and has served a Notice of Condemnation upon these parties. Following